No. 93–1103. DUBUQUE PACKING CO., INC. v. UNITED FOOD & COMMERCIAL WORKERS INTERNATIONAL UNION AFL–CIO, LOCAL No. 150–A, ET AL. C. A. D. C. Cir. Certiorari granted.

JUSTICE GINSBURG took no part in the consideration or decision of this petition. ▮